*NOT FOR PUBLICATION*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHIESI USA, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA USA, INC., *et al.*,<br><br>Defendants. | Civil Action No. 3:19-cv-18756-ZNQ-LHG<br><br>**CLAIM CONSTRUCTION ORDER** |

**QURAISHI, District Judge**

This matter comes before the Court upon the parties' Markman submissions; and the Court having considered the parties' submissions and having conducted a Markman hearing on October 8, 2020; and for the reasons stated in the accompanying opinion;

**IT IS** on this **19th** day of **October, 2021,**

**ORDERED** that the Court's hereby construes the disputed and stipulated claim terms as follows:

| TERM | COURT'S CONSTRUCTION |
|---|---|
| "pharmaceutical formulation" | "emulsion formulation for parenteral administration" |
| "resistant to microbial growth" | "having a reduced propensity for microbial contamination" |
| "about"<br>(stipulated) | "approximately" |
| "emulsifier"<br>(stipulated) | "suitable pharmaceutically acceptable surfactant that used in the formulations" |
| "co-emulsifier"<br>(stipulated) | "a second suitable pharmaceutically acceptable surfactant that may be included in the formulations of the invention" |

DATED: October 19, 2021

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE